CHIEF JUSTICE
  CAROLYN WRIGHT

JUSTICES
  DAVID L. BRIDGES
  MICHAEL J. O'NEILL
  KERRY P. FITZGERALD
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  DAVID LEWIS
  ADA BROWN
  CRAIG STODDART



## Court of Appeals
## Fifth District of Texas at Dallas

600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
theclerk@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
HTTP://5TH.TXCOURTS.GOV

October 6, 2014

Matthew J. Kita
Attorney at Law
1400 Congress St.
Houston, TX  77002

Gregory R. Ave
Walters Balido & Crain, LLP
Meadow Park Tower, 15th Floor
10440 North Central Expressway
Dallas, TX  75231

RE:    Court of Appeals Number:    05-13-01002-CV
       Trial Court Case Number:    CC-09-02448-C

Style:  Douglass Wentworth
        v.
        Larry Welsh

Please find attached the corrected opinion and/or page that issued on October 2, 2014 in the above referenced cause.

* Page 1 of the above caused opinion has been corrected

Please replace your previous copy with the enclosed.

Respectfully,

/s/ Lisa Matz, Clerk of the Court

cc:    Sally Montgomery
       County Court at Law No.3 clerk, Dallas
       Publishers